UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH SEVER,

    Plaintiff,

v.                                        Case No. 5:17-cv-266-Orl-37PRL

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation to Dismiss with Prejudice and without Costs (Doc. 15). Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this case is hereby **DISMISSED** with Prejudice.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 8, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record